UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

| Case No. | EDCV 16-551 DSF (SPx) | Date | 4/7/16 |
|---|---|---|---|
| Title | DLI Properties, LLC v. Pradeep Punhani, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order REMANDING Case to Superior Court of California, County of Riverside

    Defendants removed this action for a second time based on federal question jurisdiction. The complaint is a state law unlawful detainer complaint and does not state a federal cause of action. Federal jurisdiction is based on the plaintiff's complaint and not on any federal counterclaims or defenses that a defendant might assert. See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002).

    The case is REMANDED to the Superior Court of California, County of Riverside. Any further removals of this case will result in sanctions.

    IT IS SO ORDERED.